AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## District of Arizona

| | |
|---|---|
| Cheryl Pelletier <br> *Plaintiff* <br><br> v. <br><br> Accounts Receivable Management, Inc.; and <br> Does 1-10, inclusive <br> *Defendants* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. |

### SUMMONS IN A CIVIL ACTION

To: *(Defendants' name and address)*   Accounts Receivable Management, Inc.
155 Mid Atlantic Parkway
Thorofare, New Jersey 08086

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lemberg & Associates, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

4:20 pm, Dec 16, 2010
s/ Richard H. Weare, Clerk

_____
*Signature of Clerk or Deputy Clerk*

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: | **SUMMONS AND COMPLAINT** | |
|---|---|---|
| EFFECTED (1) BY ME: | **THOMAS MORAGHAN** | |
| TITLE: | **PROCESS SERVER** | DATE: **02/02/2011  03:04PM** |

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

ACCOUNTS RECEIVABLE MANAGEMENT, INC.

Place where served:

155 MID ATLANTIC PARKWAY   THOROFARE NJ 08086

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

CHRISTINE JUHASZ

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F__ AGE: 21-35__ HEIGHT: 5'4"-5'8"__ WEIGHT: 100-130 LBS.__ SKIN: WHITE__ HAIR: BROWN__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 02/03/2011   _Thomas Moraghan_ L.S.

SIGNATURE OF THOMAS MORAGHAN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | KINDRA DENEAU, ESQ. |
| PLAINTIFF: | CHERYL PELLETIER |
| DEFENDANT: | ACCOUNTS RECEIVABLE MANAGEMENT, INC., ET ALS |
| VENUE: | DISTRICT |
| DOCKET: | 2:10 CV 02716 NVW |

ROSEMARY RAMOS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 18, 2013

2/8/11

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EA