IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl Pelletier,<br><br>  Plaintiff,<br><br>vs.<br><br>Accounts Receivable Management, Inc., et al.,<br><br>  Defendants. | No. CV-10-02716-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 14) filed on June 1, 2011, and good cause appearing,

IT IS ORDERED granting the parties' Stipulation to Dismiss with Prejudice (Doc. 14).

IT IS FURTHER ORDERED directing the Clerk of the Court to dismiss the above-entitled action with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 2nd day of June, 2011.

_____
Neil V. Wake
United States District Judge